UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DENNIS A. HOMAN, *et al.*,<br><br>　　　　Defendants. | Case No. 3:19-cv-00098-RCJ-WGC<br><br>**ORDER** |

Defendants moved for summary judgment on some but not all of Plaintiff causes of action. (ECF No. 20.) In a report and recommendation, the Magistrate Judge recommended granting this motion. (ECF No. 25.) The Court ordered that the report and recommendation was adopted and accepted in full. (ECF No. 27.) Due to a clerical error, the Court ordered the case closed and entered judgment. (ECF Nos. 27, 28.) Plaintiff has moved for reconsideration pointing to this oversight, (ECF No. 29), and Defendants do not oppose the motion, (ECF No. 30). A court may reconsider the entry of judgment based upon "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). The Court therefore orders the judgment, (ECF No. 28), be stricken and that the case is reopened.

///

**CONCLUSION**

IT IS HEREBY ORDERED that Motion for Reconsideration (ECF No. 29) is GRANTED.

IT IS FURTHER ORDERED that Judgment (ECF No. 28) is STRICKEN.

IT IS FURTHER ORDERED that the case is REOPENED.

IT IS SO ORDERED.

Dated February 4, 2021.

_____
ROBERT C. JONES
United States District Judge