UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PAUL LOPEZ,

            Plaintiff,

v.

HOMAN, et al.,

            Defendants.

Case No.: 3:19-cv-98-RCJ-CSD

**STIPULATION AND ORDER REGARDING VIDEO APPEARANCE BY PAUL LOPEZ**

      Plaintiff, Paul Lopez, through his attorney, Travis N. Barrick, Esq. of the law firm of GALLIAN WELKER & BECKSTRO, LC, and Defendants, through their attorney Douglas R. Rands, Esq. of the OFFICE OF ATTORNEY GENERAL, hereby submit their stipulation for plaintiff, Paul Lopez, to appear at trial by video, for the reasons set forth below.

      **FACTUAL BACKGROUND.**

      This matter is set for jury trial on 3/13/23.

      Mr. Lopez has been incarcerated in the NDOC since 2008. On or about 10/7/19, Mr. Lopez was transferred under an Interstate Compact to New Jersey State Prison ("NJSP"), in Trenton, NJ. Mr. Lopez remains at NJSP and is not aware of any plans to be moved from that facility.

In communications with Mr. Lopez, he has expressed his desire to NOT travel from NJSP to Reno for trial. Such a move is extremely disruptive to his situation in NJSP and the trip itself is unpalatable. Further, the move would incur significant costs to the NDOC.

On 9/21/22, Mr. Barrick inquired with DAG's Gilmer & Rands regarding a stipulation for Mr. Lopez to appear by video. On 9/23/22, Mr. Gilmer replied by email that he had no objection to Mr. Lopez appearing by video.

**REQUESTED ORDER.**

Under the Court's expansive authority to manage it docket for the convenience of the Court and the parties, counsel request an Order providing for the video appearance of Paul Lopez for the trial, beginning on 3/13/23. Such an Order should include directions to NDOC to make all necessary arrangements for his appearance.

| DATED this 1st day of November 2022.<br><br>By:   /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>GALLIAN WELKER<br>& ASSOCIATES, LC<br>Attorneys for Plaintiff Paul Lopez | DATED this 1st day of November 2022.<br><br>By:  /s/ Douglas R. Rands<br>Douglas R. Rands, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>Attorneys for Defendants |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that service of the Stipulation and Order was made on the 1st day of November 2022, by filing in the Court's CM/ECF system to the following:

| Douglas R. Rands, Esq.<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Attorney for Defendants | By: /s/ Travis N. Barrick<br>An employee of Gallian Welker<br>& Associates, LC |
|---|---|

Case No.:  3:19-cv-98-RCJ-CSD

**ORDER**

For good cause appearing, the Court affirms this Stipulation and Orders that the NDOC make all necessary arrangements with New Jersey State Prison for Paul Lopez to appear by video at the trial proceedings, commencing on 3/13/22.

Counsel for the defendants shall provide confirmation of those arrangements at the 2/21/23 Calendar Call.

Dated this 12th day of December 2022.

_____
DISTRICT COURT JUDGE