**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL LOPEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>HOMAN, et al.,<br><br>                    Defendants. | Case No.:  3:19-cv-98-RCJ-CSD<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Paul Lopez, by and through counsel, Travis N. Barrick, Esq. of Gallian Welker & Associates, and Defendants in this case,  by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

This stipulation is based upon the settlement agreement between the parties to dismiss all claims at issue in this matter.

DATED this 3rd day of April 2023.

By: ___/s/ Travis N. Barrick_____
Travis N. Barrick, Esq.
GALLIAN WELKER
& ASSOCIATES, LC
Attorneys for Plaintiff Paul Lopez

DATED this 3rd day of April 2023.

By: __/s/ Douglas R. Rands_____
Douglas R. Rands, Esq.
OFFICE OF THE ATTORNEY
GENERAL
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that service of the Stipulation and Order was made on the ___

day of March 2023, by filing in the Court's CM/ECF system to the following:

| Douglas R. Rands, Esq.<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Attorney for Defendants | By: /s/ Travis N. Barrick<br>An employee of Gallian Welker<br>& Associates, LC |

**Case No.:  3:19-cv-98-RCJ-CSD**

**ORDER**

IT IS ORDERED THAT THIS MATTER IS DISMISSED WITH PREJUDICE.

Dated this 4th day of April 2023.

_____
UNITED STATES DISTRICT COURT JUDGE